IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

CONCEALFAB CORPORATION, a Colorado corporation,

Plaintiff,

v.

SABRE INDUSTRIES, INC., a Delaware corporation, and MIDWEST UNDERGROUND TECHNOLOGY, INC., an Illinois corporation,

Defendants.

---

**NOTICE OF RELATED CASE**

---

Plaintiff ConcealFab Corporation, by its attorneys Silver & DeBoskey, A Professional Corporation, hereby notifies this Court pursuant to D.C.Colo.L.Civ.R. 3.2 of a related case now pending in El Paso County District Court, captioned *Michael Slattery v. ConcealFab Corporation, Jonathan Fitzhugh, Duncan Stewart and Chris Odell* and assigned Case No. 2015CV31900.

Dated: August 19, 2015

Respectfully submitted,

*s/Angela D. DeVine*
Thomas M. Haskins III
Martin D. Beier
Angela D. DeVine
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
Phone: (303) 399-3000
FAX: (303) 399-2650
haskinst@s-d.com
beierm@s-d.com
devinea@s-d.com

ATTORNEYS FOR PLAINTIFF