IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

CONCEALFAB CORPORATION, a Colorado corporation,

Plaintiff,

v.

SABRE INDUSTRIES, INC., a Delaware corporation, and MIDWEST UNDERGROUND TECHNOLOGY, INC., an Illinois corporation,

Defendants.

---

**CORPORATE DISCLOSURE STATEMENT**

---

Plaintiff ConcealFab Corporation, by its attorneys, Silver & DeBoskey, A Professional Corporation, hereby discloses pursuant to Fed.R.Civ.P. 7.1 that it does not have a parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated: August 19, 2015

Respectfully submitted,

*s/Angela D. DeVine*

Thomas M. Haskins III
Martin D. Beier
Angela D. DeVine
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
Phone: (303) 399-3000
FAX: (303) 399-2650
haskinst@s-d.com
beierm@s-d.com
devinea@s-d.com

ATTORNEYS FOR PLAINTIFF

FB6441