ConcealFab Corporation v.
Sabre Industries, Inc. and Midwest Underground Technology, Inc.
Case No. 15-cv-01793-CMA-KLM

Joint Exhibit List

List all Exhibits by Number and Check the Box if Stipulated as to Authenticity and Admissiblity

| Trial Ex # | Date | Witness | Bates No. | Description | Stipulated | Admitted | Excluded |
|---|---|---|---|---|---|---|---|
| 1 | 1/6/2010 | Stewart | | ConcealFab Board of Director Minutes Dated 1/6/10 | | | |
| 2 | 1/15/2013 | Fitzhugh | | Fitzhugh Employment Agreement Dated 1/5/13 | | | |
| 3 | 12/31/2013 | Fitzhugh | | ConcealFab Financial Statement Dated 12/31/13 | | | |
| 4 | 1/15/2014 | Fitzhugh, Odell, Stewart | CONCEALFAB 002262 | Email communication s re: Documents to Discuss/Approve at Board Meeting | | | |
| 5 | 1/15/2014 | Fitzhugh, Huff | CONCEALFAB 002264-2271 | Email communication re: Signed Term Sheet with attachment | | | |
| 6 | 1/26/2014 | Fitzhugh | CONCEALFAB 000009-13 | Email from Doug Huff to Fitzhugh Dated 11/26/14 9:49 am w/ attachment | | | |
| 7 | 7/24/2014 | Fitzhugh | CONCEALFAB 002049-2055 | Email communications re: NDA with attachment | | | |
| 8 | 7/25/2014 | Fitzhugh | CONCEALFAB 000185-189 | Mutual Non-Disclosure Agreement Dated 7/25/14 | x | | |
| 9 | 9/26/2014 | Fitzhugh | CONCEALFAB 000287-89 | Email from Fitzhugh to Mike and Tim Slattery Dated 9/26/14 11:20 am | | | |
| 10 | 10/1/2014 | Fitzhugh | CONCEALFAB 000304 | Email from Mike Slatter to Fitzhugh Dated 10/1/14 12:05 pm | | | |
| 11 | 11/18/2014 | Stewart | | ConcealFab Corporation Consulting Agreement Dated | | | |
| 12 | 11/18/14 | Fitzhugh, Odell, Stewart | CONCEALFAB 000067 | First Amended and Restated Investor Rights Agreement | | | |
| 13 | 12/21/2014 | Fitzhugh | CONCEALFAB 000027 | Email Fitzhugh to Doug Huff Dated 12/21/14 | | | |
| 14 | 12/21/2014 | Fitzhugh, Huff | CONCEALFAB 00020-26 | Email communication re: C Fab- Term Sheet- 12 9 14c DH 20Dec redline | | | |
| 15 | 12/21/2014 | Fitzhugh, Huff | CONCEALFAB 002455 | Email communication re: One quick non-material Term Sheet Change | | | |
| 16 | 12/22/2014 | Fitzhugh | CONCEALFAB 000028-34 | Email from Doug Huff to Pete, Tim and Fitzhugh Dated 12/22/14 5:12 am w/ attachment | x | | |
| 17 | 12/29/2014 | Fitzhugh | CONCEALFAB 000035-44 | Email from Doug Huff to Fitzhugh Dated 12/29/14 10:26 am w/ attachment | x | | |
| 18 | 12/30/2014-1/3/2015 | Fitzhugh, Odell, Stewart | CONCEALFAB 002116-2118 | Email communications re: Feedback on latest version of term sheet | | | |
| 19 | January-December 2014 | Fitzhugh | | ConcealFab Profit & Loss Dated Jan/ - Dec/ 2014 | | | |
| 20 | 1/3/2015 | Fitzhugh, Huff | CONCEALFAB 002125 | Email communications re: Term Sheet | | | |
| 21 | 1/4/2015 | Fitzhugh, Huff | CONCEALFAB 002127 | Email communication re: C Fab- Term Sheet- 1 3 15 | | | |
| 22 | 1/6/2015 | Fitzhugh, Huff | CONCEALFAB 002140 | Email communication re: C Fab- Term Sheet- 1.5.15 | | | |
| 23 | 1/7/2015 | Fitzhugh | CONCEALFAB 000045-54 | Email from Doug Huff to Fitzhugh Dated 1/7/15 8:21 am w/ attachment | x | | |
| 24 | 1/7/2015 | Fitzhugh | CONCEALFAB 001041 | Email from Chris Odell Dated 1/7/15 2:54 pm | x | | |
| 25 | 1/8/2015 | Fitzhugh | CONCEALFAB 001084-93 | Email from Fitzhugh to Doug Huff Dated 1/8/15 11:23 am w/ attachment | | | |

ConcealFab Corporation v.
Sabre Industries, Inc. and Midwest Underground Technology, Inc.
Case No. 15-cv-01793-CMA-KLM

Joint Exhibit List

| Trial Ex # | Date | Witness | Bates No. | Description | Stipulated | Admitted | Excluded |
|---|---|---|---|---|---|---|---|
| 26 | 1/8/2015 | Fitzhugh | CONCEALFAB 001053-62 | Email from Fitzhugh to Doug Huff Dated 1/8/15 2:04 pm w/ attachment | | | |
| 27 | 1/8/2015 | Fitzhugh | CONCEALFAB 001043-52 | Email from Fitzhugh to Paul Hurcomb Dated 1/8/15 2:09 pm w/ attachment | | | |
| 28 | 1/8/2015 | Fitzhugh | CONCEALFAB 000055-64 | Email from Fitzhugh to Jon Fitzhugh and Carey Ellinghaus Dated 1/8/15 3:24 pm w/ attachment | | | |
| 29 | 1/8/2015 | Fitzhugh | CONCEALFAB 001063-72 | Email from Doug Huff to Fitzhugh Dated 1/8/15 3:24 pm w/ attachment | | | |
| 30 | 1/8/2015 | Fitzhugh | CONCEALFAB 001073-82 | Email from Fitzhugh to Doug Huff Dated 1/8/15 3:40 pm w/ attachment | | | |
| 31 | 1/8/2015 | Fitzhugh, Odell | CONCEALFAB 002205-2214 | Email communication re: Revised Agreements with attachment | | | |
| 32 | 1/9/2015 | Fitzhugh | CONCEALFAB 001132-41 | Email from Doug Huff to Fitzhugh Dated 1/9/15 8:47 am w/ attachment | | | |
| 33 | 1/9/2015 | Fitzhugh | CONCEALFAB 001122-31 | Email from Fitzhugh to Chris Odell and Duncan Stewart Dated 1/9/15 9:45 am w/ attachment | | | |
| 34 | 1/15/2015 | Fitzhugh | CONCEALFAB 001142-51 | Email from Fitzhugh to Chris Odell and Duncan Stewart Dated 1/15/15 12:51 pm w/ attachment | x | | |
| 35 | 1/15/2015 | Odell | | Minutes of the Board of Directors Meeting of ConcealFab Corporation Dated 1/15/15 | | | |
| 36 | 1/18/2015 | Fitzhugh | CONCEALFAB 001112 | Email from Fitzhugh to Chris Odell and Duncan Stewart Dated 1/8/15 9:49 am w/ attachment | | | |
| 37 | February - March 2015 | Fitzhugh | SABRE 000282 | ConcealFab Cash Flow Sources Dated Feb - Mar 2015 | | | |
| 38 | February - March 2015 | Fitzhugh | SABRE 000263 | ConcealFab Cash Flow Projection Dated Feb - Mar 2015 | | | |
| 39 | 2/1/2015 | Fitzhugh | CONCEALFAB 000122-124 | Amendment to Mutual Non-Disclosure Agreement Dated 2/2015 | | | |
| 40 | 2/3/2015 | Fitzhugh | CONCEALFAB 000178-184 | Term Sheet Dated 2/3/15 | x | | |
| 41 | 2/3/2015 | Fitzhugh, Sandore, Huff | CONCEALFAB 0002272-2279 | Email communication re: Revised Term Sheet Signed | | | |
| 42 | 2/3/2015-2/4/2015 | Fitzhugh, Sandore, Huff | CONCEALFAB 002298 | Email communication re: Revised Term Sheet Signed | | | |
| 43 | 2/15/2015 | Fitzhugh | CONCEALFAB 001640 | Email from Fitzhugh to Chris Odell Dated 2/15/15 9:25 pm | | | |
| 44 | 2/16/2015 | Fitzhugh | CONCEALFAB 001648-49 | Email from Fitzhugh to Doug Huff Dated 2/16/15 8:04 am | | | |
| 45 | 2/18/2015 | Fitzhugh | CONCEALFAB 000099-102 | Email from Fitzhugh to Doug Huff Dated 2/18/15 3:17 pm w/ attachment | | | |
| 46 | 2/20/2015 | Fitzhugh | CONCEALFAB 001707 / CONCEALFAB 001690-91 | Email from Fitzhugh to Doug Huff Dated 2/20/15 5:03 pm w/ attachment | | | |
| 47 | 2/23/2015 | Fitzhugh | CONCEALFAB 000114 | Email from Fitzhugh to Doug Huff Dated 2/23/15 7:52 pm | | | |

ConcealFab Corporation v.
Sabre Industries, Inc. and Midwest Underground Technology, Inc.
Case No. 15-cv-01793-CMA-KLM

Joint Exhibit List

| Trial Ex # | Date | Witness | Bates No. | Description | Stipulated | Admitted | Excluded |
|---|---|---|---|---|---|---|---|
| 48 | 2/23/2015 | Fitzhugh | SABRE 000105-106 | Email from Doug Huff to Pete and Tim Dated 2/23/15 10:26 am | | | |
| 49 | 2/23/2015 | Fitzhugh, Huff | CONCEALFAB 000103-113 | Email communication re: C Fab- Term Sheet- LOA Draft 2.22.15 with attachment | | | |
| 50 | 2/24/2015 | Huff, Rossetti, Sandore | SABRE 000748-750 | Email communications re: C Fab- Term Sheet- LOA Draft 2.22.15 | | | |
| 51 | 2/26/2015 | Fitzhugh | SABRE 000181 | ConcealFab A/P Aging Summary Dated 2/26/15 | | | |
| 52 | 2/28/2015 | Fitzhugh, Huff | CONCEALFAB 001837-1848 | Email communication re: Please call me on my cell when you have a minute to discuss with attachment | | | |
| 53 | 3/3/2015 | Fitzhugh, Huff | CONCEALFAB 001887-1899 | Email communication re: C Fab- Term Sheet- LOA Draft 3.2 redline | | | |
| 54 | 3/4/2015 | Fitzhugh | SABRE 000279 | Email from Doug Huff to Tim Dated 3/4/15 6:34 pm w/ attachment | | | |
| 55 | 3/5/2015 | Fitzhugh | SABRE 000296 | Email from Fitzhugh to Doug Huff Dated 3/5/15 11:39 am | | | |
| 56 | 3/6/2015 | Fitzhugh | SABRE 000309 | Email from Doug Huff to Pete and Tim Dated 3/6/15 8:45 am | x | | |
| 57 | 3/6/2015 | | SABRE 000309 | Email from Doug Huff to Pete Dated 3/6/15 8:45 am | | | |
| 58 | 3/9/2015 | Fitzhugh | CONCEALFAB 000197-200 | Interim Plan / Licensing Operating Agreement Dated 3/9/15 | | | |
| 59 | 3/9/2015 | | CONCEALFAB 000190-200 | Executed Term Sheet Dated 3/9/15 | x | | |
| 60 | 3/11/2015 | Fitzhugh | SABRE 000015 | Conceal Fab A/P Aging Summary Dated 3/11/15 | | | |
| 61 | 3/11/2015 | Fitzhugh | SABRE 000017 | ConcealFab Pending Sales Dated 3/11/15 | | | |
| 62 | 3/12/2015 | | SABRE 000406-7 | Email from Doug Huff to Tim and Pete Dated 3/12/15 4:25 pm | x | | |
| 63 | 3/12/2015 | Fitzhugh | CONCEALFAB 003211-222 | Email from Fitzhugh to Doug Huff with signed Term Sheet Dated 3/12/15 10:13 am | x | | |
| 64 | 3/12/2015-3/13/2015 | Huff, Rossetti, Sandore | SABRE 000412-413 | Email communications re: ConcealFab Wiring Instructions | | | |
| 65 | 3/13/2015-6/3/2015 | | SABRE 002324-2326 | EPG Orders 3/13/15-6/3/2015 | | | |
| 66 | 3/25/2015 | Fitzhugh | CONCEALFAB 0000168-169 | Email communications re: Credit Card | | | |
| 67 | 3/31/2015 | | CONCEALFAB 000215 | Email Tom Jagielski to Jonathan Fitzhugh Dated 3/31/15 2:09 pm | | | |
| 68 | 3/31/2015 and 6/30/2015 | | CONCEALFAB 001687 | ConcealFab Sales Pipeline Dated Q1 and Q2 2015 | | | |
| 69 | 4/6/2015 | Fitzhugh, Sabatino | SABRE 000486 | Email communications re: It ain't over till it's over | x | | |
| 70 | 4/15/2015 | Sabatino | SABRE 001145-1146 | Email communication re: Integration Plan and LOA working arrangement with ConcealFab | | | |

ConcealFab Corporation v.
Sabre Industries, Inc. and Midwest Underground Technology, Inc.
Case No. 15-cv-01793-CMA-KLM

Joint Exhibit List

| Trial Ex # | Date | Witness | Bates No. | Description | Stipulated | Admitted | Excluded |
|---|---|---|---|---|---|---|---|
| 71 | 4/21/2015 | | CONCEALFAB 000215 | Email chain Tony Sabatino to Jonathan Fitzhugh & Doug Huff et al re True Up on Deal with ConcealFab Dated 4/21/15 3:19 am | x | | |
| 72 | 4/21/2015 | Sabatino | SABRE 001129-1142 | Email communications re: True up on Deal with have in place with ConcealFab with attachments | | | |
| 73 | 4/21/2015 | Sabatino | SABRE 001110-1122 | Email communications re: True up on Deal with have in place with ConcealFab with attachments | | | |
| 74 | 4/24/2015 | | SABRE 001104-05 | Email from Tom Jagielski to Jason Lippert Dated 4/24/15 9:25 am | | | |
| 75 | 4/27/2015 | Fitzhugh | | Affidavit of Jonathan Fitzhugh | | | |
| 76 | FYE April 2015 | Fitzhugh | CONCEALFAB 003161-62 | ConcealFab / Sabre Combination by Month by Grouping Dated FYE 4/15 | | | |
| 77 | FYE April 2015 | Fitzhugh | SABRE 000362 | ConcealFab Cash Flow Forecast Dated FYE 4/15 | | | |
| 78 | 5/1/2015 | | SABRE 001037-40 | Email from Joe McLaurin to Tom Jagielski re site visit Dated 5/1/15 11:06 am | | | |
| 79 | 5/1/2015 | Sabatino, Rossetti, Sandore | SABRE 000848 | Email communications re: Conceal Fab Integration | | | |
| 80 | 5/4/2015 | Fitzhugh | SABRE 000001-2 | Email from Fitzhugh to Tony, Doug, Pete and Tim Dated 5/4/15 7:17 am | | | |
| 81 | 5/4/2015 | Cochran, Sandore, Sabatino | SABRE 000842 | Email communication re: Weekly Sales Call | | | |
| 82 | 5/5/2015 | Fitzhugh | SABRE 000511 | Email communication re: Wire for Founders payments from CX to ConcealFab | x | | |
| 83 | 5/6/2015 | Fitzhugh | SABRE 000049 | Email communication re: Formalizing the LOA | | | |
| 84 | 5/7/2015 | Fitzhugh | CONCEALFAB 000273 | Letter from Mike Slattery re: Shareholder Demand Dated 5/7/15 | | | |
| 85 | 5/11/2015 | Cochran | SABRE 000797-798 | Email communication re: Update on current projects | | | |
| 86 | 5/12/2015 | Fitzhugh | SABRE 000050-51 | Email from Fitzhugh to Tony, Pete, Tom, Tim, Clay, and Patrick Dated 5/12/15 10:58 pm | | | |
| 87 | 5/19/2015 | Fitzhugh | SABRE 000053 | Email communication re: ConcealFab Demand Letter | | | |
| 88 | 5/21/2015 | Sabatino, Cochran | SABRE 000514-515 | Email communications re: What does conceal fab have that we do not already have? | | | |
| 89 | 5/22/2015 | | SABRE 000762-763 | Email communication re: Invoices | | | |
| 90 | 5/27/2015 | | | Rejected UCC Financing Statement due to no security agreement Dated 5/27/15 | | | |
| 91 | 5/27/2015 | Rossetti, Sabatino | SABRE 000751-752 | UCC Financing Statement | | | |
| 92 | 5/28/2015 | Stewart | CONCEALFAB 002065-73 | Draft Secured Promissory Note Dated 5/28/15 | | | |
| 93 | 5/28/2015 | Fitzhugh, Rossetti | CONCEALFAB 002064-2073 | Email communication re: ConcealFab Promissory Note with attachment | | | |
| 94 | 5/28/2015-5/29/2015 | Fitzhugh, Odell, Stewart | CONCEALFAB 002087 | Email communication re: Sabre Call/Position | | | |

## ConcealFab Corporation v.
## Sabre Industries, Inc. and Midwest Underground Technology, Inc.
Case No. 15-cv-01793-CMA-KLM

Joint Exhibit List

| Trial Ex # | Date | Witness | Bates No. | Description | Stipulated | Admitted | Excluded |
|---|---|---|---|---|---|---|---|
| 95 | 5/29/2015 | | SABRE 002370 | Licensing Operating Agreement Termination Dated 5/29/15 | | | |
| 96 | 5/29/2015 | Cochran, Sandore | SABRE 000711-712 | Email re: SVP Poles | | | |
| 97 | 6/5/2015 | Cochran | SABRE 001773-1774 | Email communication from Keith Galey | | | |
| 98 | 6/5/2015 | Cochran | SABRE 000691 | Email communications re: PO in Sabrre name(ConcealFab) | | | |
| 99 | 6/8/2015 | Stewart | SABRE 000058-62 | Email from Fitzhugh to Tim Dated 6/8/15 3:22 pm | x | | |
| 100 | 6/22/2015 | Sabatino | SABRE 000632-633 | Email communications re: ConcealFab customers | | | |
| 101 | 6/24/2015 | Denton | | Report of the Special Litigation Committee of ConcealFab Corporation Dated 6/24/15 | | | |
| 102 | 7/10/2015 | | SABRE 000550-552 | Email communication re: Past-due Invoice | | | |
| 103 | 7/15/2015 | | SABRE 000540-543 | Email communication | | | |
| 104 | 7/22/2015 | Fitzhugh | SABRE 000529-533 | Email communications re: Sabre – Conceal Fab- Dantherm Past Due Invoice | | | |
| 105 | 7/27/2015 | Fitzhugh | CONCEALFAB 003191-203 | Answer to Complaint (Slattery v. CF) Dated 7/27/15 | | | |
| 106 | 2/5/2016 | Fitzhugh | CONCEALFAB 000277-278 | Email communications re: Antenna Bracket Quote Request | | | |
| 107 | 2/10/2016 | | SABRE 002371-9 | Email from Scott Gay to Mike Lague w quotes & purchase order Dated 2/10/16 9:26 am | | | |
| 108 | 2/10/2016 | Fitzhugh | CONCEALFAB 000276 | Quote | | | |
| 109 | 2/18/2016 | Fitzhugh | CONCEALFAB 000274 | Purchase Order | | | |
| 110 | 5/3/2016 | | | Defendants Sabre Industries, Inc. and Midwest Underground Technology, Inc.'s Responses and Objections to Plaintiff's Second Set of Written Discovery Requests to Defendants | | | |
| 111 | 2/21/2017 | | | Defendants Sabre Industries, Inc. and Midwest Underground Technology, Inc.'s Responses and Objections to Plaintiff's Third Set of Written Discovery Requests to Defendants | | | |
| 112 | 3/13/2017 | Fitzhugh | | Deposition of Jonathan Fitzhugh (fact witness) | | | |
| 113 | 3/13/2017 | Fitzhugh | | 30(b)(6) Deposition of Jonathan Fitzhugh | | | |
| 114 | 3/14/2017 | Stewart | | 30(b)(6) Deposition of Duncan Stewart | | | |
| 115 | 3/14/2017 | Denton | | 30(b)(6) Deposition of Ric Denton | | | |
| 116 | 3/16/2017 | Odell | | 30(b)(6) Deposition of Chris Odell | | | |
| 117 | 3/16/2017 | Odell | | Deposition of Chris Odell (fact witness) | | | |
| 118 | 3/21/2017 | | | Affidavit of Steve Sathre Dated 3/21/17 | | | |

ConcealFab Corporation v.
Sabre Industries, Inc. and Midwest Underground Technology, Inc.
Case No. 15-cv-01793-CMA-KLM

Joint Exhibit List

| Trial Ex # | Date | Witness | Bates No. | Description | Stipulated | Admitted | Excluded |
|---|---|---|---|---|---|---|---|
| 119 | 3/24/2017 | | | Defendants Sabre Industries, Inc. and Midwest Underground Technology, Inc.'s Responses and Objections to Plaintiff's Fourth Set of Written Discovery Requests to Defendants | | | |
| 120 | 4/26/2017 | McGee | SABRE 's Appx to is MPSJ | Affidavit of Clay McGee | | | |
| 121 | 5/18/2017 | | | UCC Financing Statement Amendment / Termination Dated 5/18/17 | | | |
| 122 | 5/18/2017 | Fitzhugh | Reception No. 20172046842 | UCC Financing Statement Amendment | | | |
| 123 | 2017 | Fitzhugh | CONCEALFAB 003177 | Jonathan Fitzhugh CV | | | |
| 124 | 2017 | Stewart | | Duncan Stewart CV | | | |
| 125 | 2017 | Denton | CONCEALFAB 003179-81 | Ric Denton CV | | | |
| 126 | 2017 | Odell | | Chris Odell CV | | | |
| 127 | Undated | Fitzhugh | | ConcealFab Financials 2012-2017 | | | |
| 128 | Undated | Fitzhugh | SABRE 000081-82 | *Budget for ConcealFab project* | | | |
| 129 | Undated | Fitzhugh | SABRE 000037 | ConcealFab Sales Pipeline | | | |
| 130 | Undated | Fitzhugh | CONCEALFAB 000237-238 | Letter to ConcealFab Shareholder Undated | | | |
| 131 | Undated | Stewart | CONCEALFAB 000247-48 | Action by Written Consent of the Shareholders of ConcealFab Corporation Undated | | | |
| 132 | Undated | Stewart | CONCEALFAB 000271-72 | Frequently Asked Q&A's for Proposed MUTI/ConcealFab Transaction Undated | | | |