**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01793-CMA-KLM

CONCEALFAB CORPORATION, a Colorado corporation,

Plaintiff,

v.

SABRE INDUSTRIES, Inc., a Delaware corporation, and
MIDWEST UNDERGROUND TECHNOLOGY, INC., an Illinois corporation,

Defendants.

---

# FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Findings of Fact and Conclusions of Law (Doc. # 151) entered by the Honorable Christine M. Arguello on July 22, 2019, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment be entered in favor of ConcealFab on its claims for breach of contract of the LOA; breach of contract of the Employment Agreement; tortious interference with contractual relations; and fraud in the inducement. The Court denies ConcealFab's other claims for relief. It is

FURTHER ORDERED that judgment be entered in favor of Sabre on its claim for breach of contract of the LOA. The Court denies Sabre's other claim for relief. It is

FURTHER ORDERED that final judgment be entered holding Sabre liable for $224,913.54 in damages to ConcealFab. It is

FURTHER ORDERED that each party shall bears its own costs and attorneys' fees. It is

FURTHER ORDERED that post judgment interest shall accrue at the legal rate of 1.97% from the date of the entry of this judgment.

DATED: July 22, 2019.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ S. West
S. West
Deputy Clerk