**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01793-CMA-KLM

CONCEALFAB CORPORATION, a Colorado corporation,

Plaintiff,

v.

SABRE INDUSTRIES, Inc., a Delaware corporation, and
MIDWEST UNDERGROUND TECHNOLOGY, INC., an Illinois corporation,

Defendants.

---

# AMENDED FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Plaintiff's Motion to Amend Judgment to Include Pre-judgment Interest (Doc. 162) entered by the Honorable Christine M. Arguello on February 7, 2020, and incorporated herein by reference as if fully set forth, it is

ORDERED that final judgment is amended to include an award of $186,449.09 in prejudgment interest in Plaintiff's favor, which increases the damages for which Sabre Industries is liable to ConcealFab Corporation from $244,913.45 to $411,362.63.

DATED: February 7, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/C. Pearson
Deputy Clerk